**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CHRISTOPHER REED,** | : |
| | : |
|     **Plaintiff** | : |
| | :   **CIVIL NO. 3:CV-09-1618** |
| **v.** | : |
| | :   **(Judge Caputo)** |
| **CRAIG HARPSTER,** *et al.*, | : |
| | : |
|     **Defendants** | : |

**O R D E R**

**AND NOW**, this **12th** day of **JULY, 2012,** in accordance with the accompanying Memorandum, it is **ORDERED** that:

1. Defendants' Motion for Summary Judgment (Doc. 43) is **GRANTED.**

2. The Clerk of Court is directed to enter judgment in favor of defendants Harpster and Thompson and against Christopher Reed.

3. The Clerk of Court shall close this file.

                                            **/s/ A. Richard Caputo**
                                            **A. RICHARD CAPUTO**
                                            **United States District Judge**